Dear Judge Underhill,

My name is Jack Buttine, I am a friend of the Dhar family. Over the last four years, I have become close with the Dhar family, especially Mr Dhar. It has been very special to have had the opportunity to get to know this amazing family. Throughout my young adult life I have met many people I would characterize as special, all of whom have played a part in my success so far in my life, but few rival who Mr Dhar is as a person. Words cannot describe the special qualities that this man possesses. He has been nothing short of amazing towards me and my family. And for that, I will be forever grateful to him. I have met few people who are as caring and passionate as Mr Dhar is. Even when I barely knew him he was caring towards me and supported me. During my Junior and Senior football seasons at New Canaan High School, he came to major games and supported me, which meant the world to me. As I went to college to play Division 1 football, his lessons of hard work and dedication have helped guide me in my own throughout my own endeavors, as I have never met someone who works harder and with more dedication than he does. An influence that has helped tremendously. Mr Dhar has been nothing short of a personal mentor to me, teaching me numerous life lessons but most importantly giving me his support. Every time I return home from school I greatly look forward to seeing him once again and catching up on recent events in his family and his personal life. So in conclusion I can confidently state that Mr Dhar and I's friendship has had an immensely positive impact on my life so far and for all time to come. I am forever grateful to have met the special man that is Mr Dhar.

Jack Richard Buttine